**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-782-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

MICHAEL BERRYMAN,

      Plaintiff,

v.

LT. WILCOX,
LT. WADAS,
LT. JOHN DOE I,
B.O.P. OFFICER JOHN DOE I,
B.O.P. OFFICER JOHN DOE II,
A.W. CLINE,
LT. JOHN DOE II,
B.O.P. OFFICER JOHN DOE III,
B.O.P. OFFICER JOHN DOE IV,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Michael Berryman, is in the custody of the Federal Bureau of Prisons,

currently incarcerated at the Fairton Federal Correctional Institution in Fairton New

Jersey.  On April 4, 2016, he submitted *pro se* a Prisoner Complaint based on events

that occurred while he was incarcerated at the United States Penitentiary Florence-High

in Florence, Colorado. (ECF No. 1).  He also submitted a Prisoner's Motion and Affidavit

for Leave to Proceed Pursuant to 28 U.S.C. § 1915. (ECF No. 3).

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has

determined that the documents are deficient as described in this order.  Plaintiff will be

directed to cure the following if he wishes to pursue any claims in this action.  Any

papers that Plaintiff files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __          is not submitted
(2)  __          is missing affidavit
(3)  X           is missing certified copy of prisoner's trust fund statement for the 6-month
                  period immediately preceding this filing (account statement must be
                  certified by an authorized prison official)
(4)  __          is missing certificate showing current balance in prison account
(5)  __          is missing required financial information
(6)  __          is missing authorization to calculate and disburse filing fee payments
(7)  __          is missing an original signature by the prisoner
(8)  __          is not on proper form
(9)  __          names in caption do not match names in caption of complaint, petition or
                  habeas application
(10) X           other: In the alternative, Plaintiff may pay the $400.00 filing fee.

**Complaint, Petition or Application**:
(11) __          is not submitted
(12) __          is not on proper form
(13) __          is missing an original signature by the prisoner
(14) __          is missing page nos.
(15) __          uses et al. instead of listing all parties in caption
(16) __          names in caption do not match names in text
(17) __          addresses must be provided for all defendants/respondents in "Section A.
                  Parties" of complaint, petition or habeas application
(18) __          other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the

assistance of his case manager or the facility's legal assistant), along with the

applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED April 7, 2016, at Denver, Colorado.

BY THE COURT:
s/ Gordon P. Gallagher
United States Magistrate Judge