IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 16-cv-00782-RM-NYW | Date: June 22, 2017 |
| Civil Action: | 16-cv-01619-RM-NYW | |
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| MICHAEL BERRYMAN, | *pro se (via telephone)* |
| **Plaintiff,** | |
| v. | |
| LT. WILCOX, | *Juan G. Villasenor* |
| LT. WADAS, | *Joshua A. Hansen-King* |
| LT. JOHN DOE I, | |
| B.O.P. OFFICER JOHN DOE I, | |
| B.O.P. OFFICER JOHN DOE II, | |
| A.W. CLINE, | |
| CAPTAIN ERWIN, | |
| LT. JOHN DOE II, | |
| B.O.P. OFFICER JOHN DOE III, | |
| B.O.P. OFFICER JOHN DOE IV, | |
| **Defendants.** | |
| & | |
| MICHAEL BERRYMAN, | *pro se (via telephone)* |
| **Plaintiff,** | |
| v. | |
| USA, | *Juan G. Villasenor* |
| | *Joshua A. Hansen-King* |
| **Defendant.** | |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**STATUS CONFERENCE**

Court in Session: 1:02 p.m.

Appearance of counsel and *pro se* Plaintiff.

Parties discuss Plaintiff's involvement in creating the Final Pretrial Orders submitted to the court. He did not have the necessary tools to be meaningfully involved.

The Final Pretrial Conferences are converted to Status Conferences. The court will re-set Final Pretrial Conferences in these matters if necessary after the disposition of the pending dispositive motions.

Plaintiff should focus on his response to the Motion for Summary Judgment, which is due on July 24, 2017.

Defendants request leave to file supplementation to the Motion for Summary Judgment.

**ORDERED: Defendants are granted leave to file supplementation to the Motion for Summary Judgment on or before June 28, 2017. No new argument will be permitted, but Defendants are permitted leave to provide additional authority for existing arguments.**

Plaintiff inquires on the status of his Motion Objecting Recommendation for Consolidation of Cases [40] filed November 14, 2016. The court does not see this on the docket as a pending motion, but will review the status.

Plaintiff submits an oral motion to appoint counsel. The court advises that the motion needs to be made in writing for the presiding judge to consider. Plaintiff indicates he also send a written copy in the mail today.

   Court in Recess: 1:21 p.m.          Hearing concluded.          Total time in Court: 00:19

   * To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.